IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

CHRISTINE A. WHITE,

    Debtor.

C.A. No. 19-03723

Lynn E. Feldman, Chapter 7 Trustee,

    Plaintiff,

v.

People First Federal Credit Union

    Defendant.

## O R D E R

**AND NOW,** this 31st day of March, 2020, upon review of the briefs of the appellant and the appellee, **IT IS HEREBY ORDERED** that final judgment of the Bankruptcy Court of August 7, 2019 is **AFFIRMED**.

The Clerk shall mark this case as terminated.
.

                                        **BY THE COURT:**

                                        **/s/ Jeffrey L. Schmehl**
                                        **JEFFREY L. SCHMEHL, J.**